■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE WASHINGTON, Appellant. (Appeal No. 2.) [830 NYS2d 685]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered July 2, 2003. The judgment convicted defendant, upon a jury verdict, of murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Washington* (38 AD3d 1339 [2007]). Present—Gorski, J.P., Martoche, Smith, Lunn and Pine, JJ.